There was therefore no error in refusing to give the affirmative charge, requested by the defendant, on the count relating to the injury to the cow.

On motion for a new trial, all that need be said is that in our opinion the verdict was justified by the evidence.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

FOSTER, Justice.

Petition of Herschel Blair for certiorari to the Court of Appeals to review and revise the judgment and decisions of that Court in the case of Blair v. State, 187 So. 645.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

---

187 So. 643
## J. T. DUNN v. STATE.
### 4 Div. 68.

Supreme Court of Alabama.
March 23, 1939.

Ralph A. Clark, of Andalusia, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

FOSTER, Justice.

Petition of J. T. Dunn for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Dunn v. State, 187 So. 641.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

---

187 So. 648
## Herschel BLAIR v. STATE.
### 4 Div. 82.

Supreme Court of Alabama.
March 23, 1939.

L. C. Rowell, of Elba, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

---

187 So. 462
## FRANKLIN LIFE INS. CO. v. WARD.
### 7 Div. 545.

Supreme Court of Alabama.
Feb. 9, 1939.

Rehearing Denied March 30, 1939.

